IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 1:17-CV-8433 |
| Plaintiff, ) | |
| ) | Honorable Edmond E. Chang |
| v. ) | |
| ) | |
| TERRY JAMES MAIER, ) | |
| DENISE LYNN MAIER, ) | |
| BANBURY FOUNDATION GROUP, ) | |
| KENDALL COUNTY TREASURER- ) | |
| COLLECTOR, and BMO HARRIS ) | |
| BANK, NA, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**AMENDED ORDER APPROVING SALE**

The United States of America has requested an order approving the sale of real property located at 14780 Galena Road, Plano, Illinois, PIN 01-03-100-001 (the "Residential Property"), to Teodoro and Theodore Vargas for the amount of $270,000. The United States of America has requested an order approving the sale of real property located 14816 Galena Road, Plano, Illinois, PIN 01-03-100-005 (the "Business Property"), to Teodoro and Theodore Vargas for the amount of $229,000. Good cause having been found,

IT IS THEREFORE ORDERED THAT the sale of the real property commonly known as 14780 Galena Road, Plano, Illinois, PIN 01-03-100-001, whose legal description is:

> The Northerly 426 feet (as measured along the East line) of the Easterly 314.0 feet (as measured along the North line) of the Northwest quarter of the Northwest fractional quarter of Section 3, Township 37 North, Range 6 East of the Third Principal Meridian, in the Township of Little Rock, Kendall County, Illinois;

and,

Real property commonly known as 14816 Galena Road, Plano, Illinois, PIN 01-03-100-005, whose legal description is:

> The Northerly 476.0 feet of the Easterly 464.0 feet (except the Northerly 426.0 feet of the Easterly 314.0 feet thereof) as measured along the East and North lines thereof, of the Northwest Quarter of the Northwest Fractional Quarter of Section 3, Township 37 North, Range 6 East of the Third Principal Meridian, in the Township of Little Rock, Kendall County, Illinois;

to Teodoro and Theodore Vargas, is hereby confirmed, and upon the total payment of $499,000, within 45 days of this Order, Receiver Adam Baxa is authorized and directed to issue Receiver's Deeds in the forms attached hereto for those properties to Teodoro and Theodore Vargas. The proceeds of the sale shall be escrowed by Chicago Title Company and shall be distributed pursuant to a future order of this Court.

IT IS SO ORDERED.

DATE: January 24, 2021

*Edmond E. Chang*
EDMOND E. CHANG
UNITED STATES DISTRICT JUDGE

RECEIVER'S DEED

WHEREAS, the United States District Court for the Northern District of Illinois, in a civil action titled *United States of America v. Terry James Maier, et al.*, Civil Action No. 1:17-CV-8433 (N.D. Ill.), having on October 30, 2019, ordered the enforcement of the United States' federal tax liens that attached to the real properties commonly known as 14780 Galena Road, Plano, Illinois, and having on December 27, 2019, appointed Adam Baxa, of Coldwell Banker Real Estate Group, as Receiver to take custody and to arrange for the sale of that property; and

WHEREAS, the Court having entered an order approving the sale of the real property to Teodoro and Theodore Vargas, and approving this form of deed; and

WHEREAS, Adam Baxa, of Coldwell Banker Real Estate Group, the address of which is 928 N. Bridge Street, Yorkville, Illinois, was duly authorized and directed to convey the real properties to the purchaser; and

WHEREAS, the real property has been sold pursuant to the Court's order for the sum of $270,000, and

WHEREAS, the real property is more particularly described as follows:

> The Northerly 426 feet (as measured along the East line) of the Easterly 314.0 feet (as measured along the North line) of the Northwest quarter of the Northwest fractional quarter of Section 3, Township 37 North, Range 6 East of the Third Principal Meridian, in the Township of Little Rock, Kendall County, Illinois;

SAID PREMISES known as 14780 Galena Road, Plano, Illinois, PIN 01-03-100-001.

NOW KNOW YE, THAT Adam Baxa, of Coldwell Banker Real Estate Group, pursuant to the authority and direction given to him, does hereby bargain, sell, transfer and convey to Teodoro and Theodore Vargas, all of the right, title, claim, and interest in the above-described real property, to have and to hold, with appurtenances thereto, by Teodoro and Theodore Vargas and their assigns, forever, for their own use and disposition. Said premises are conveyed to Teodoro and Theodore Vargas free and clear of any of the rights, titles, claims or interests of the United States of America, Terry James Maier, Denise Lynn Maier, Banbury Foundation Group, Kendall County Treasurer-Collector, and BMO Harris Bank, NA, subject to any sums which may be due for Kendall County, Illinois real estate taxes, or any special use charges or assessments,

3

and subject to all laws, ordinances and governmental regulations affecting said premises, and any easements and restrictions appearing of record, if any.

  I have hereunto set my hand and seal, this _____ day of _____, 2021.

                 _____
                 ADAM BAXA
                 The Baxa Group
                 Coldwell Banker Real Estate Group

STATE OF ILLINOIS
COUNTY OF KENDALL

  On this date _____, the signer and sealer of the foregoing instrument, personally appeared before me and acknowledged the same to be his free act and deed.

_____, Illinois, day of _____, 2021.

                 _____

                 Notary Public

Return to:

Jordan A. Konig, Trial Attorney, Tax Division, U.S. Department of Justice, P.O. Box 55, Ben Franklin Station, Washington, D.C. 20044, Telephone: (202) 305-7917.

RECEIVER'S DEED

WHEREAS, the United States District Court for the Northern District of Illinois, in a civil action titled *United States of America v. Terry James Maier, et al.*, Civil Action No. 1:17-CV-8433 (N.D. Ill.), having on October 30, 2019, ordered the enforcement of the United States' federal tax liens that attached to the real properties commonly known as 14816 Galena Road, Plano, Illinois, and having on December 27, 2019, appointed Adam Baxa, of Coldwell Banker Real Estate Group, as Receiver to take custody and to arrange for the sale of that property; and

WHEREAS, the Court having entered an order approving the sale of the real property to Teodoro and Theodore Vargas, and approving this form of deed; and

WHEREAS, Adam Baxa, of Coldwell Banker Real Estate Group, the address of which is 928 N. Bridge Street, Yorkville, Illinois, was duly authorized and directed to convey the real properties to the purchaser; and

WHEREAS, the real property has been sold pursuant to the Court's order for the sum of $229,000, and

WHEREAS, the real property is more particularly described as follows:

> The Northerly 476.0 feet of the Easterly 464.0 feet (except the Northerly 426.0 feet of the Easterly 314.0 feet thereof) as measured along the East and North lines thereof, of the Northwest Quarter of the Northwest Fractional Quarter of Section 3, Township 37 North, Range 6 East of the Third Principal Meridian, in the Township of Little Rock, Kendall County, Illinois;

SAID PREMISES known as 14816 Galena Road, Plano, Illinois, PIN 01-03-100-005.

NOW KNOW YE, THAT Adam Baxa, of Coldwell Banker Real Estate Group, pursuant to the authority and direction given to him, does hereby bargain, sell, transfer and convey to Teodoro and Theodore Vargas, all of the right, title, claim, and interest in the above-described real property, to have and to hold, with appurtenances thereto, by Teodoro and Theodore Vargas and their assigns, forever, for their own use and disposition. Said premises are conveyed to Teodoro and Theodore Vargas free and clear of any of the rights, titles, claims or interests of the United States of America, Terry James Maier, Denise Lynn Maier, Banbury Foundation Group, Kendall County Treasurer-Collector, and BMO Harris Bank, NA, subject to any sums which may be due

for Kendall County, Illinois real estate taxes, or any special use charges or assessments, and subject to all laws, ordinances and governmental regulations affecting said premises, and any easements and restrictions appearing of record, if any.

  I have hereunto set my hand and seal, this _____ day of _____, 2021.

                       _____
                       ADAM BAXA
                       The Baxa Group
                       Coldwell Banker Real Estate Group

STATE OF ILLINOIS
COUNTY OF KENDALL

  On this date _____, the signer and sealer of the foregoing instrument, personally appeared before me and acknowledged the same to be his free act and deed.

_____, Illinois, day of _____, 2021.

                       _____

                       Notary Public